UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

FELIX GARCIA JIMENEZ,
(Reg. No. 65843-053)

ORDER FOR HOSPITALIZATION PURSUANT TO 18 U.S.C. § 4246

March 6, 2014

ZOBEL, DJ.

This matter comes before the court after a hearing on March 5, 2014, at which respondent, Felix Garcia Jimenez, was present along with his attorney and Spanish interpreter. After hearing the testimony of Dr. Shawn Channell, Forensic Psychologist at FMC-Devens, reviewing the documents in evidence, and hearing argument from counsel, it is hereby ORDERED that:

The court finds by clear and convincing evidence that: (1) respondent is presently suffering from a mental disease or defect, specifically schizoaffective disorder; and (2) as a result of his mental disease or defect, respondent's release from Bureau of Prisons ("BOP") custody would create a substantial risk of bodily injury to another person or serious damage to property of another. However, with appropriate treatment, assistance, and supervision, respondent may become eligible for conditional release in the near future as contemplated by 18 U.S.C. § 4246(e) (2).

Therefore, the court ORDERS as follows:

1. Respondent is hereby committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4246(d).

2. The BOP shall report to the court on respondent's status by April 28, 2014. In particular, the BOP shall report on whether respondent may be eligible for conditional release under section 4246(e)(2) and submit a proposed conditional release plan. A further hearing on this matter will be held on the following day, April 29, 2014, at 2:30 p.m.

|  |  |
|---|---|
| March 6, 2014 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |